UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT TIMOTHY CARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL F. EASLEY; BOYD | ) | No. 5:08-CT-3175-FL |
| BENNETT; THEODIS BECK; and | ) | |
| JEREMY DANCEY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Plaintiff's Second Motion for Default Judgment and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 25, 2011, that Plaintiff's Second Motion for Default Judgment is GRANTED and Plaintiff is AWARDED nominal damages in the amount of one dollar ($1.00) and punitive damages in the amount of five thousand dollars ($5,000.00) from Defendant Jeremy Dancey.

**This Judgment Filed and Entered on May 25, 2011, and Copies To:**

Michele R. Luecking-Sunman (via CM/ECF Notice of Electronic Filing)
Jeremy Dancey (via U.S. Mail)


May 25, 2011              DENNIS P. IAVARONE, CLERK
                           /s/ Christa Baker
                          (By) Christa Baker, Deputy Clerk